# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2008

135892

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

BARBARA A. LEWIS-CLARK, Individually and
as Personal Representative of the Estate of Henry
O. Clark, Jr.,
   Plaintiff-Appellant,

v

               SC: 135892
               COA: 273716
               Wayne CC: 03-340704-NH

JAMES GLAZIER, M.D., and JOHN BARNWELL,
M.D.,
   Defendants,
and

HARPER HOSPITAL, d/b/a HARPER HUTZEL
HOSPITAL, DETROIT MEDICAL CENTER, J.
PIPER, R.N., J. NEINO, R.N., and VIRGINIA
TEKEILI, R.PH.,
   Defendants-Appellees,
and

NJERI RUTHERFORD,
   Claimant,
and

KALLENE RUTHERFORD,
   Claimant-Appellee.

_____/

  On order of the Court, the application for leave to appeal the January 15, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



  I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2008

t0421              Clerk